# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KAYLYNN HART, Individually and For Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>MCLAREN MACOMB and MCLAREN HEALTH CARE CORPORATION,<br><br>Defendants. | Case No. 23-10608<br><br>Hon. Jonathan J.C. Grey<br><br>FLSA Collective Action |

## ORDER OF DISMISSAL

Upon review and consideration of the parties' stipulation (ECF No. 61), and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that plaintiffs' cause of action is **DISMISSED WITH PREJUDICE** as to all defendants and without costs, interest or attorney fees to any party.

This Order resolves the last pending claim and closes the case.

**SO ORDERED.**

Date: April 28, 2025

s/Jonathan J. C. Grey
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 28, 2025.

                                   s/ **S. Osorio**
                                   Sandra Osorio
                                   Case Manager